# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN MARTZ, | ) |
| | ) |
| Plaintiff, | ) No. |
| | ) |
| v. | ) |
| | ) |
| FEDERAL HOME LOAN BANK OF CHICAGO, | ) |
| | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## COMPLAINT

NOW COMES Plaintiff, JOHN MARTZ ("Martz"), by and through his attorneys, Barry A. Gomberg and Barry A. Gomberg & Associates, Ltd., and for his Complaint against the Defendant, FEDERAL HOME LOAN BANK OF CHICAGO, alleges as follows:

## PARTIES

1. John Martz is a sixty (60) year-old resident of the State of Illinois residing in Cook County in Oak Park, Illinois 60302.

2. Defendant is a wholesale bank and one of 12 district banks chartered in 1932 by the U.S. Congress to ensure a secure source of mortgage funds to thrifts, insurance companies, and housing finance institutions. Defendant is located at 200 East Randolph Drive, Chicago, Illinois 60601.

## JURISDICTION AND VENUE

3. The claim against Defendant is for age discrimination pursuant to the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. § 621 *et seq*.

4. Jurisdiction is conveyed upon this Court by virtue of 28 U.S.C. § 1343 as this claim arises under the laws of the United States of America.

## COUNT I – AGE DISCRIMINATION

5. Martz re-alleges and incorporates as if fully set forth herein paragraphs 1 though 4 above.

6. Pursuant to Section 14(b) of the ADEA, 29 U.S.C. § 633(b) and Section 7(d) of the ADEA, 29 U.S.C. §626(c), Martz has filed this cause more than sixty (60) days after the filing of a Charge of Discrimination with the State of Illinois Department of Human Rights ("IDHR"), pursuant to the requirements of the ADEA and the Equal Employment Opportunity Commission ("EEOC"), a copy of which is attached hereto as Exhibit A and fully incorporated herein by reference.

7. Plaintiff has filed this cause pursuant to a Notice of Right to Sue issued by the EEOC within the statutory time requirement, a copy of which is attached hereto as Exhibit B.

8. In direct violation of the ADEA, Defendant engaged in the age discriminatory acts described in the Charge of Discrimination, attached as Exhibit A and fully incorporated herein by reference.

9. Plaintiff began his employment with Federal Home Loan Bank of Chicago on June 6, 2004 as an engineer.

10. Plaintiff was discharged on February 22, 2010.

11. The reason given to Plaintiff for his discharge by his supervisor, Sohail Zakaria (who is younger than Plaintiff), was that Plaintiff exhibited a pattern of behavior that increased risks to the performance of the Bank system.

12. Plaintiff's performance was as good as, if not better, than that of employees under the age of forty (40) who were not fired under similar circumstances.

13. At all times, Plaintiff met the legitimate expectations of his employer/

14. Plaintiff was terminated, but his younger co-workers were permitted to continue working for Defendant.

15. As a result of Defendant's discriminatory conduct, as aforesaid, Martz has been damaged in his career and has otherwise suffered monetary and non-monetary damage.

WHEREFORE, Plaintiff John Martz prays for judgment against Defendant as follows:

A. For damages in an amount equal to Martz's back pay and lost benefits from February 22, 2010 through the present;

B. For reinstatement to his previous position, or in the alternative, for front pay;

C. For attorney's fees and costs of this suit; and

D. For such other and further relief as is just and equitable.

### COUNT II – ADEA WILLFUL VIOLATION

16. Martz realleges and incorporates as if fully set forth herein paragraphs 1-15 above.

17. Defendant's discriminatory conduct, as aforesaid, was intentional and/or in reckless disregard for Martz's rights under the law and these acts constitute willful indifference to said rights.

WHEREFORE, Plaintiff John Martz prays for judgment against Defendant as follows:

    A.    For liquidated damages in an amount equal to Martz's actual damages.

    B.    For damages in an amount equal to Martz's back pay from February 22, 2010 through the present;

    C.    For reinstatement to his previous position, or in the alternative, for front pay;

    D.    For attorney's fees and costs of this suit; and

    E.    For such other and further relief as is just and equitable.

    Respectfully submitted,

    JOHN MARTZ


    By:   s/ Barry A. Gomberg
            One of Plaintiff's Attorneys

Barry A. Gomberg
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, Illinois 60604
(312) 922-0550