# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN MARTZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-CV-1915 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| FEDERAL HOME LOAN BANK OF CHICAGO | ) ) | Magistrate Judge Mary M. Rowland |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO DISMISS

Plaintiff, John Martz, and Defendant, Federal Home Loan Bank of Chicago, by and through their respective attorneys, hereby stipulate to the dismissal of the above-captioned matter, with prejudice, with each side to bear its own attorneys' fees and costs.

| **JOHN MARTZ** | **FEDERAL HOME LOAN BANK OF CHICAGO** |
|---|---|
| By: s/ Barry A. Gomberg | By: s/ Brian A. Hartstein |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| Barry A. Gomberg | Adrianne C. Mazura |
| Barry A. Gomberg & Associates, Ltd. | Brian A. Hartstein |
| 53 W. Jackson, Suite 1350 | QUARLES & BRADY LLP |
| Chicago, Illinois | 300 N. LaSalle Street, Suite 4000 |
| (312) 922-0550 | Chicago, Illinois  60654 |
| gomberglaw@aol.com | (312) 715-5000 |
| | Adrianne.Mazura@quarles.com |
| | Brian.Hartstein@quarles.com |

QB\19260333.1

## **CERTIFICATE OF SERVICE**

To: Adrianne C. Mazura
Brian A. Hartstein
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654

The undersigned attorney hereby certifies that on January 25, 2013, the foregoing Joint Stipulation to Dismiss was electronically filed with the Clerk of the Court using the CM/ECF/system, which will send electronic notification of such filing to the above listed attorneys of record for Defendant.

                                                                s/Barry A. Gomberg